UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| GUISHENG LI,<br><br>　　　Petitioner,<br><br>v.<br><br>PHILLIP VALDEZ, et al.,<br><br>　　　Respondents. | No. 6:26-CV-030-H |

# JUDGMENT

For the reasons stated in the Court's Order (Dkt. No. 5), it is ordered, adjudged, and decreed that the petition for a writ of habeas corpus (Dkt. No. 1) is denied with prejudice.

The Clerk of the Court is directed to close the case.

So ordered on February 9, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE